UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-1507-ADS                                    Date:  August 25, 2025

Title:      *Tito Vasquez v. Choice Burgers, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
         None Present                                  None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE MOTION TO SET ASIDE DEFAULT**

On July 10, 2025, Plaintiff filed a Complaint. (Dkt No. 1.) Defendants Young Pae Pak and Summy Hwa Pak (the "Defendants") failed to respond to the Complaint by the deadline and the Clerk entered default against them on August 15, 2025. (Dkt. No. 15.) On August 22, 2025, Defendants filed an answer to the complaint. Defendants also filed a "Notice Re Purported Default", which was insufficient to show good cause to set aside default.

Plaintiff is **ORDERED TO SHOW CAUSE** why Defendant's answer should not be stricken because Defendants remain in default. Defendants must file a written response no later than **September 2, 2025**.

A motion to set aside default, pursuant to Federal Rule of Civil Procedure 55(c), will discharge this order.

**Defendants are expressly warned that failure to timely file a response to this order may result in the striking of their answer and their remainder in default.**

**IT IS SO ORDERED.**

Initials of Clerk kh